**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 15-1553**

───────────

MAGDALENA KUBICKA; ARKADIUSZ GURCZAK, a/k/a Arkadiusz Girczac,

                    Petitioners,

          v.

LORETTA E. LYNCH, Attorney General,

                    Respondent.

───────────

On Petition for Review of an Order of the Board of Immigration Appeals.

───────────

Submitted: January 19, 2016          Decided: January 26, 2016

───────────

Before WILKINSON and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────

Petition denied by unpublished per curiam opinion.

───────────

Ronald D. Richey, LAW OFFICE OF RONALD D. RICHEY, Rockville, Maryland, for Petitioners. Benjamin C. Mizer, Principal Deputy Assistant Attorney General, John S. Hogan, Assistant Director, Laura M.L. Maroldy, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Petitioners Magdalena Kubicka and Arkadiusz Gurczak, both natives and citizens of Poland, seek review of an order of the Board of Immigration Appeals (Board) dismissing their appeal of the Immigration Judge's decision denying their motion for a continuance or administrative closure. We have reviewed petitioners' claims and the administrative record and find no abuse of discretion. See Lendo v. Gonzales, 493 F.3d 439, 441 (4th Cir. 2007). Accordingly, we deny the petition for review for the reasons stated by the Board. See In re: Kubicka (B.I.A. Apr. 23, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED